**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ROBERT DAVIS, | : | No. 37 EAP 2019 |
| | : | |
| Appellant | : | Appeal from the Order of |
| | : | Commonwealth Court dated |
| | : | September 26, 2019 at No. 366 MD |
| v. | : | 2019. |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                    **DECIDED:  April 22, 2020**

**AND NOW,** this 22nd day of April, 2020, the order of the Commonwealth Court is

affirmed and the Application for Relief is dismissed.